AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT           DISTRICT OF     MASSACHUSETTS

## APPEARANCE

Case Number: 04-30046-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Co-DEFENDANT,

CATHERINE ZEPKA

9/22/05
Date

Signature

GARY A. ENSOR
Print Name

34 Bridge Street
Address

So. Hadley    MA    01075
City          State  Zip Code

(413) 315-6152
Phone Number