UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 04-30046-MAP |
| ) | |
| ) | |
| ALBERT INNARELLI, et al., ) | |
| Defendants ) | |

INTERIM SCHEDULING ORDER
November 10, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial status conference on November 9, 2005, with regard to Defendants Lawrence Lynch, Edgar Corona and Kathryn Zepka:

1. An interim status conference will be held on January 18, 2006, at 2:00 p.m. in Courtroom III. The remaining defendants are scheduled to attend an interim status conference on December 8, 2005, at 1:00 p.m.

2. On or before the close of business, January 13, 2006, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge