UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-30046-MAP |
| ) | |
| ALBERT INNARELLI, et al., ) | |
|     Defendants ) | |

INTERIM STATUS REPORT
November 10, 2005

NEIMAN, U.S.M.J.

The court held an initial status conference on November 9, 2005, pursuant to Local Rule 116.5 with respect to Defendants Lawrence Lynch, Edgar Corona and Kathryn Zepka. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled an interim Status Conference for January 18, 2006.

3. There are no other matters to report relevant to the progress or resolution of the case.

                                            /s/   Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge