UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. NO. 06-300 -MAP |
| vs. | VIOLATIONS: |
| CATHERINE ZEPKA, | 18 U.S.C. § 1001 - False Statement |
| Defendant. | |

The United States Attorney charges that:

### INFORMATION

<u>COUNT ONE</u>:    Title 18, United States Code, Section 1001 - Making a False Statement to a Federal Agent

On or about February 19, 2003, in the District of Massachusetts,

**CATHERINE ZEPKA,**

defendant herein, in a matter within the jurisdiction of the Internal Revenue Service, United States Department of Treasury, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; that is, falsely stating to a Special Agent of the Internal Revenue Service in substance that a $2,000.00 cashier's check received from Anthony Matos represented the repayment of a loan for the purchase of a boiler.

All in violation of Title 18, United States Code, Section 1001.

1

Filed this \_\_8th\_\_ day of May, 2006.

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                                      /s/ William M. Welch II
                                      _____
                                      WILLIAM M. WELCH II
                                      Assistant United States Attorney