AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Kathryn Zepka

**WAIVER OF INDICTMENT**

CASE NUMBER: 04-30046

I, _Kathryn Zepka_, the above named defendant, who is accused of

_Making a false statement to a federal agent,_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _5-8-06_ prosecution by indictment and consent that the pro-
                    *Date*
ceeding may be by information rather than by indictment.

_Catherine P. Zepka_
*Defendant*

_[signature]_
*Counsel for Defendant*

Before _Michael A. Ponsor_
            *Judicial Officer*
            5/8/06