SCANNED

FILED
IN CLERK'S OFFICE
2006 OCT 11  A 11: 00
U.S. DISTRICT COURT
DISTRICT OF MASS.

DOCKETED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
                               )
        v.                     )      Criminal No. 04-30046-MAP
                               )
13) KATHRYN ZEPKA,             )
            Defendant.         )

GOVERNMENT'S MOTION for DOWNWARD DEPARTURE PURSUANT to
U.S.S.G. § 5K1.1

The United States of America, by and through its undersigned

attorneys, hereby moves that the Court grant the defendant

Kathryn Zepka a downward departure from the sentencing guideline

range established in the Presentence Report.  As reasons

therefore, the government states that pursuant to U.S.S.G. §

5K1.1 the defendant provided substantial assistance in the

investigation and prosecution of other individuals who committed

offenses against the United States.

Therefore, because of the defendant's substantial assistance

the government recommends a sentence of 30 months which reflects

a 20% reduction from the low end of the applicable sentencing

295

guideline range.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                    By:   _____
                                    Todd E. Newhouse
                                    Assistant U.S. Attorney


                      CERTIFICATE OF SERVICE

Hampden,   ss.                      Springfield, Massachusetts
                                    October 11, 2006

     I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby
certify that I have served, by first class mail, a copy of the
foregoing, to all counsel of record.

                                    _____
                                    TODD E. NEWHOUSE
                                    Assistant U.S. Attorney