AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF        MASSACHUSETTS

UNITED STATES OF AMERICA

**v.**                                            **APPEARANCE**

CATHERINE ZEPKA

Case Number:   04-30046

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date | /s/ Karen L. Goodwin |
| | Signature |

KAREN L. GOODWIN        549398
Print Name                                  Bar Number

U.S. ATTORNEY'S OFFICE, 1550 MAIN STREET
Address

SPRINGFIELD        MA    01103
City                State        Zip Code

413-785-0235        413-785-0394
Phone Number                            Fax Number