# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 04cr30046-MAP

UNITED STATES OF AMERICA,

v.

CATHERINE ZEPKA,

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'s - 104, 110, 108, 112, 113, 123, 126, 128, 129, 132, 135, 138, 139, 146, 147, 148, 150, 151, 195, 197, 201, 202, 203, 231, 234, 239, 249, 278, 279, 295, 302, 312, & 316.

and contained in   1   Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/30/06

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .  11/02/06

Sarah A Thornton, Clerk of Court

By:  /s/ Mary Finn
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, VICTIM

# United States District Court
## District of Massachusetts (Springfield)
### CRIMINAL DOCKET FOR CASE #: 3:04-cr-30046-MAP-13

Case title: USA v. Innarelli et al         Date Filed: 09/02/2004

Assigned to: Judge Michael A Ponsor
Referred to: Magistrate Judge Kenneth P. Neiman

### Defendant

**Catherine Zepka** (13)
*TERMINATED: 10/17/2006*

represented by **Gary A. Ensor**
34 Bridge Street
South Hadley, MA 01075
413-315-6152
Fax: 413-315-6153
Email: garyensor@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

MAKING A FALSE STATEMENT TO A FEDERAL AGENT, 18:1001.F
(1s)

### Disposition

1 day imprisonment, time served, to consist of terms of 1 day, time served, on each count to be served concurrently w/one another; 4 years supervised release to consist of a term of 4 yrs on Ct 52 and a term of 3 yrs on Ct 1s to be served concurrently; Spec. Cond: Poss. no firearm; cooperate in the collection of DNA as directed; Drug testing provision is suspended; Reside for a period of 6 mos in a community corrections center and shall observe the rules of that facility; following term in community confinement, serve 6 mos home detention w/electronic monitoring and pay daily rate for each day under elec. monitoring. Def. responsible for returning monitoring equipment in good condition and may be charged for replacement or repair of equipment; pay full balance of restitution w/i 90 days of the date of sentencing; prohibited from

|  |  |
|---|---|
|  | incurring new credit charges or opening aditional lines of credit w/o approval of probation while any financial obligation remains outstanding; Assessment fee $200 due immediately; Restitution in the amount of $33,858.00 shall be paid in full w/i ninety days of date of sentencing; |
| WIRE FRAUD, 18:1343.F, AND AIDING AND ABETTING, 18:2 (40-41) |  |
| WIRE FRAUD, 18:1343.F, AND AIDING AND ABETTING, 18:2 (46-47) |  |
| WIRE FRAUD, 18:1343.F, AND AIDING AND ABETTING, 18:2 (52) |  |
| WIRE FRAUD, 18:1343.F, AND AIDING AND ABETTING, 18:2 (53-54) |  |
| WIRE FRAUD, 18:1343.F, AND AIDING AND ABETTING, 18:2 (56) |  |
| WIRE FRAUD, 18:1343.F, AND AIDING AND ABETTING, 18:2 (58) |  |
| WIRE FRAUD, 18:1343.F, AND AIDING AND ABETTING, 18:2 (60-61) |  |
| WIRE FRAUD, 18:1343.F, AND AIDING AND ABETTING, 18:2 (63-68) |  |
| CONSPIRACY TO LAUNDER MONEY, 18:1956.F (69) |  |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None |  |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA** represented by **Karen L. Goodwin**
United States Attorney's Office
1550 Main Street
Springfield, MA 01103
413-785-0269
Fax: 413-785-0394
Email: karen.goodwin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Smyth**
U.S. Attorney's Office
1550 Main St.
Springfield, MA 01103
413-785-0106
Email: paul.smyth@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd E. Newhouse**
United States Attorney's Office
1550 Main Street
3rd Floor
Springfield, MA 01103
413-785-0109
Fax: 413-785-0394
Email: Todd.Newhouse@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Welch, II**
United States Attorney's Office
Suite 310
1550 Main Street
Springfield, MA 01103
413-785-0237
Fax: 413-785-0394
Email: william.welch2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 09/21/2005 | 104 | SUPERSEDING INDICTMENT as to Albert V. Innarelli (1) count(s) 1s-68s, 69s, Michael Bergdoll (2) count(s) 1s-2s, 5s, 9s-10s, 13s, 17s, 21s, 23s, 27s, 29s-32s, 34s, 39s, 43s, 45s, 49s-51s, 57s, 69s, Anthony Matos (3) count(s) 2s, 4s, 6s-12s, 15s, 17s-21s, 23s-28s, 30s-32s, 35s-36s, 40s-41s, 46s-47s, 52s-54s, 56s-58s, 60s-68s, 69s, Pasquale Romeo (4) count(s) 1s, 29s-31s, 34s, 38s, 42s, 44s-45s, 48s-50s, 59s, 66s, 69s, Wilfred Changasie (5) count(s) 14s, 16s, 69s, Theodore Jarrett (6) count(s) 3s-10s, 13s-14s, 16s-20s, 22s-24s, 26s-29s, 33s-34s, 37s, 39s, 43s, 48s-49s, 69s, Mark McCarthy (7) count(s) 3s, 14s, 16s, 21s, 23s, 33s, 37s-38s, 42s, 44s-46s, 49s, 55s, 59s, 69s, James Smith (8) count(s) 2s, 4s-6s, 9s, 69s, Jonathan Frederick (9) count(s) 5s-6s, 8s, 13s-14s, 16s, 21s, 46s-47s, 52s-53s, 58s, 60s-61s, 63s, 66s-68s, 69s, Joseph Sullivan (10) count(s) 2s, 7s, 9s-12s, 17s-20s, 22s-24s, 26s-29s, 31s-33s, 35s-38s, 40s-42s, 45s, 49s, 51s, 54s-57s, 62s, 65s, 69s, Lawrence Lynch (11) count(s) 50, 69, Edgar Corona (12) count(s) 48, 59, 69, Kathryn Zepka (13) count(s) 40-41, 46-47, 52-54, 56, 58, 60-61, 63-68, 69. (Attachments: # 1 Part 2 of 2) (Healy, Bethaney) (Entered: 09/21/2005) |
| 09/21/2005 | | REMARK as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka: Superseding indictment unsealed this day and entered as of this date. Superseding indictment was returned by the Grand Jury on 09/09/05. (Healy, Bethaney) (Entered: 09/21/2005) |
| 09/21/2005 | | Arrest of Lawrence Lynch, Edgar Corona, Kathryn Zepka (Healy, Bethaney) (Entered: 09/21/2005) |
| 09/21/2005 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Welch, Ferrara (o/b/o Deft Corona), and Murphy (o/b/o Lynch)) appear for Initial Appearance as to Lawrence Lynch, Edgar Corona, Kathryn Zepka held on 9/21/2005. Defts advised of rights. Deft Corona requests appt of counsel. Court appts counsel. Defts released on conditions. Arraignment as to Lawrence Lynch (11) Count 50,69 and Edgar Corona (12) Count 48,59,69 held on 9/21/2005. Defts Lynch and Corona plead not guilty to charges. Schedule established with order to issue. (Healy, Bethaney) (Entered: 09/23/2005) |
| 09/21/2005 | 110 | Magistrate Judge Kenneth P. Neiman. ORDER Setting Conditions of Release as to Kathryn Zepka, ENTERED, cc:cl. [Conditions: execute $30,000 unsec. bond; report to PTS as directed; maintain/actively seek empl; travel restricted to MA/CT] (Healy, Bethaney) (Entered: 09/23/2005) |
| 09/22/2005 | 108 | Judge Kenneth P. Neiman : SCHEDULING ORDER as to Lawrence Lynch, Edgar Corona, Kathryn Zepka entered. Initial Status Conference set for 11/9/2005 at 01:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. Parties Joint memorandum due by close of business on 11/07/2005; cc/cl. (Finn, Mary) (Entered: 09/22/2005) |
| 09/22/2005 | | ElectronicClerk's Notes for proceedings held before Judge Kenneth P. Neiman :Arraignment as to Kathryn Zepka (13) Count 40-41,46-47,52- |

| | | |
|---|---|---|
| | | 54,56,58,60-61,63-68,69 held on 9/22/2005, Plea entered by Kathryn Zepka (13) Count 40-41,46-47,52-54,56,58,60-61,63-68,69. by Kathryn Zepka Not Guilty on counts 40,41,46,47,52-54,56,58,60,61,63-68,69. (Court Reporter CD.) (Stuckenbruck, John) (Entered: 09/23/2005) |
| 09/22/2005 | 112 | NOTICE OF ATTORNEY APPEARANCE: Gary A. Ensor appearing for Kathryn Zepka (Stuckenbruck, John) (Entered: 09/26/2005) |
| 09/22/2005 | 113 | NOTICE re automatic disclosure as to Kathryn Zepka (Stuckenbruck, John) (Entered: 09/26/2005) |
| 10/07/2005 | 123 | Govt's Letter (non-motion) regarding automatc discovery obligations as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka filed. (Finn, Mary) (Entered: 10/11/2005) |
| 11/01/2005 | | NOTICE OF RESCHEDULING as to Lawrence Lynch, Edgar Corona, Kathryn Zepka, ISSUED, cc:cl. Status Conference set for 11/9/2005 at 2:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (time changed from 1:00 p.m. to 2:30 p.m.)(Healy, Bethaney) (Entered: 11/01/2005) |
| 11/08/2005 | 126 | Parties JOINT MEMORANDUM of the parties re initial status conference by Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka filed. (Finn, Mary) (Entered: 11/08/2005) |
| 11/10/2005 | 128 | Judge Kenneth P. Neiman : INTERIM SCHEDULING ORDER as to Lawrence Lynch, Edgar Corona, Kathryn Zepka entered. Interim Status Conference set for 1/18/2006 at 02:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. Joint memorandum due by close of business on 1/13/2006. The remaining Defts. are scheduled to attend an interim status conf.on 12/08/2005 at 1:00 P.M.; cc/cl. (Finn, Mary) (Entered: 11/10/2005) |
| 11/10/2005 | 129 | Judge Kenneth P. Neiman : INTERIM STATUS REPORT as to Lawrence Lynch, Edgar Corona, Kathryn Zepka entered. Status Conference set for 1/18/2006 at 02:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; cc/cl. (Finn, Mary) (Entered: 11/10/2005) |
| 11/16/2005 | 132 | Letter (non-motion) regarding discovery request as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka (Lindsay, Maurice) (Entered: 11/17/2005) |
| 12/01/2005 | 135 | Dft's MOTION to Amend Conditions of Pretrial Release as to Kathryn Zepka. (Lindsay, Maurice) (Entered: 12/01/2005) |
| 12/02/2005 | | Judge Kenneth P. Neiman : Electronic ORDER entered granting 135 |

| | | |
|---|---|---|
| | | Motion to Modify Conditions of Release as to Kathryn Zepka (13). Defendant shall keep Pretrial Services informed of her efforts to find work. (Neiman, Kenneth) (Entered: 12/02/2005) |
| 12/08/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Welch, Leary, Bongiorni, Santaniello, St. Clair, Albano, Kelly, O'Brien) appear for Status Conference as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka held on 12/8/2005. Colloquy re: potential conflict. Conflict hearing re: Deft Sullivan set for 12/21/05 at 2:30 p.m. Atty Kelly to make arrangements for Michael Hutchison to be present in court for hearing. Status Report and Scheduling Order to issue. (Digital Recording #FTR.) (Healy, Bethaney) (Entered: 12/08/2005) |
| 12/08/2005 | 138 | Judge Kenneth P. Neiman : INTERIM SCHEDULING ORDER as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka entered. Final Status Conf. set for 1/18/2006 at 2:00 P.M. in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. Counsel for Defts. Lawrence Lynch, Edgar Corona and Kathryn Zepka are hereby notified that this conf. will be treated as a Final Conf., not as an interim conf. (as previously indicated), for their clients as well. Parties joint memorandum due by close of businsess on 1/13/2006; cc/cl. (Finn, Mary) (Entered: 12/08/2005) |
| 12/08/2005 | 139 | Judge Kenneth P. Neiman : ORDER entered. INTERIM STATUS REPORT as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka entered. Final Status Conference set for 1/18/2006 at 02:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; cc/cl. (Finn, Mary) (Entered: 12/08/2005) |
| 01/18/2006 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Welch, Buckley, Leary, Bongiorni, Jennings, O'Brien, Santaniello, Kokonowski, Murphy, Murphy and Ensor) appear for Final Status Conference as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka held on 1/18/2006. Colloquy re: status of case and discovery. Parties indicate the case is ready to proceed to District Judge Ponsor, for a pretrial conference to be set in 60 days. Initial Pretrial Conference set for 3/13/06 at 3:00 p.m. before District Judge Ponsor. Parties agree and the court finds that the time should be excluded from Speedy Trial calculation. Order to issue. (Digital Recording #FTR.) (Healy, Bethaney) (Entered: 01/19/2006) |
| 01/18/2006 | 146 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) as to Albert V. |

|  |  |  |
|---|---|---|
|  |  | Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka, filed. (Healy, Bethaney) (Entered: 01/19/2006) |
| 01/18/2006 | 147 | Magistrate Judge Kenneth P. Neiman. FINAL STATUS REPORT as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka ENTERED, cc:cl. Initial Pretrial Conference set for 3/13/2006 at 3:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Healy, Bethaney) (Entered: 01/19/2006) |
| 01/19/2006 | 148 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka ENTERED, cc:cl. Time excluded from April 14, 2005 until March 13, 2006. (Healy, Bethaney) (Entered: 01/19/2006) |
| 02/13/2006 | 150 | Judge Michael A Ponsor : Electronic ORDER entered re: Trial as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka Counsel to appear on 3/13/06 at 3:00 p.m. for status conference; Counsel are encouraged to contact court reporter to discuss possibility of daily copy: SEE ORDER FOR COMPLETE DETAILS (French, Elizabeth) (Entered: 02/13/2006) |
| 02/15/2006 | 151 | Deft. Kathryn Zepka's MOTION to Continue (suspension) of the trial from 5/12/2006 to 5/18/2006 as to Kathryn Zepka filed.(Finn, Mary) Modified on 2/15/2006 to add the word "from". (Finn, Mary). (Entered: 02/15/2006) |
| 02/15/2006 |  | Judge Michael A Ponsor : Electronic ORDER entered denying 151 Motion to Continue as to Kathryn Zepka (13) "Unfortunately there is no flexibility regarding the trial date" (French, Elizabeth) (Entered: 02/15/2006) |
| 02/15/2006 |  | Notice issued to Attorney Gary Ensor regarding mandatory registration with ECF in compliance with the Standing Order entered by Judge Ponsor and Magistrate Judge Neiman as to Kathryn Zepka. (French, Elizabeth) (Entered: 02/15/2006) |
| 03/01/2006 |  | Notice issued to Attorneys Sullivan, Santaniello, Ensor regarding mandatory registration with ECF in compliance with the Standing Order entered by Judge Ponsor and Magistrate Judge Neiman as to Pasquale Romeo, Mark McCarthy, Kathryn Zepka. (Stuckenbruck, John) (Entered: 03/01/2006) |
| 03/13/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Albert V. Innarelli, Michael Bergdoll, |

| | | |
|---|---|---|
| | | Anthony Matos, Pasquale Romeo, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka held on 3/13/2006 - Opposition to Motions to Dismiss and Motion to severe to be filed by 3/24/06; Argument on pending motions set for 4/4/06 at 2:00 p.m.; Motions in limine by 4/14/06; Opposed by 4/24/06; Hearing on Motions in limine set for 5/4/06 at 2:00 p.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 03/14/2006) |
| 03/13/2006 | | Set/Reset Deadlines re Motion or Report and Recommendation in case as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka [156] First MOTION to Dismiss *Counts One through 68 of Superseding Indictment*, [256] MOTION to Dismiss *Count Fifteen*, [171] MOTION, [169] Joint MOTION for Hearing *on Motion to Dismiss to be waived*, [241] MOTION to Continue to for sentencing, [154] MOTION to Sever. Motion Hearing set for 4/4/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Added to update all deadlines in docket only) (French, Elizabeth) (Entered: 09/25/2006) |
| 04/11/2006 | | NOTICE OF HEARING TO COUNSEL as to Kathryn Zepka Change of Plea Hearing set for 4/26/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 04/11/2006) |
| 04/17/2006 | | Notice issued to Attorney Mark D. Sullivan and Gary A. Ensor regarding mandatory registration with ECF in compliance with the Standing Order entered by Judge Ponsor and Magistrate Judge Neiman as to Pasquale Romeo, Kathryn Zepka. (Finn, Mary) (Entered: 04/17/2006) |
| 04/26/2006 | | PER AUSA WELCH, PLEA WILL NOT GO FORWARD AS SCHEDULED as to Kathryn Zepka: Change of Plea hearing shall go forward as STATUS CONFERENCE (French, Elizabeth) (Entered: 04/26/2006) |
| 04/26/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Kathryn Zepka held on 4/26/2006 - Change of plea reset to 5/8/06 at 10:00 a.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 04/27/2006) |
| 04/26/2006 | | Set/Reset Deadlines/Hearings as to Kathryn Zepka: Change of Plea Hearing reset for 5/8/2006 10:00 AM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 04/27/2006) |
| 05/08/2006 | 195 | PLEA AGREEMENT as to Deft. Kathryn Zepka filed. (Finn, Mary) (Entered: 05/08/2006) |
| 05/08/2006 | 197 | Judge Michael A Ponsor : ORDER re: Presentence proceedings entered. as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Kathryn Zepka SEE ORDER FOR COMPLETE DETAILS Argument on motions regarding sentencing set for 7/7/06 at 2:00 p.m (French, Elizabeth) |

| | | (Entered: 05/08/2006) |
|---|---|---|
| 05/08/2006 | 201 | INFORMATION (Felony) as to Catherine Zepka (13) count(s) 1s. (Healy, Bethaney) (Entered: 05/09/2006) |
| 05/08/2006 | 202 | WAIVER OF INDICTMENT by Catherine Zepka (French, Elizabeth) (Entered: 05/09/2006) |
| 05/08/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Change of Plea Hearing as to Catherine Zepka held on 5/8/2006, Plea entered by Catherine Zepka (13) Guilty Count 1s contained in Superseding Information and Ct 52 as contained in original indictment (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 05/09/2006) |
| 05/08/2006 | | ORAL MOTION IN OPEN COURT to Modify Conditions of Release as to Catherine Zepka to enable travel to PA on 5/28/06 - APPROVED IN OPEN COURT BY PONSOR, USDJ PRETRIAL NOTIFIED IN OPEN COURT. (French, Elizabeth) (Entered: 05/10/2006) |
| 05/09/2006 | 203 | Judge Michael A Ponsor : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Catherine Zepka Sentencing set for 10/12/2006 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 05/09/2006) |
| 05/24/2006 | | Motion terminated (the motion having been allowed in open court on 5/8/06) as to Catherine Zepka: MOTION to Modify Conditions of Release filed by Catherine Zepka. (Healy, Bethaney) (Entered: 05/24/2006) |
| 06/30/2006 | | Set/Reset Deadlines as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka:, Set/Reset Deadlines/Hearings as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka: Defts' Motions re: as to the proper method for loss calculation due by 7/28/2006. Govt's Responses due by 8/21/2006. Argument on motions set for 9/01/2006 at 11:00 A.M. (Finn, Mary) (Entered: 06/30/2006) |
| 07/28/2006 | | Notice of correction to docket made by Court staff. Correction: Memorandum re: calculation of loss, doc. #227, corrected to add Atty. Kokonowski to signature page of document as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka (Stuckenbruck, John) (Entered: 07/28/2006) |
| 08/09/2006 | 231 | MOTION to Continue as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepkaby USA. (Welch, |

| | | |
|---|---|---|
| | | William) (Entered: 08/09/2006) |
| 08/16/2006 | 234 | Memorandum regarding Loss Calculation as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka (Welch, William) (Entered: 08/16/2006) |
| 08/17/2006 | | Notice of correction to docket made by Court staff. Correction: document 234 corrected because: case had wrong case number as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka (Finn, Mary) (Entered: 08/17/2006) |
| 08/17/2006 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 231 Motion to Continue as to Albert V. Innarelli (1), Anthony Matos (3), Pasquale Romeo (4), Wilfred Changasie (5), Theodore Jarrett (6), Mark McCarthy (7), James Smith (8), Jonathan Frederick (9), Joseph Sullivan (10), Lawrence Lynch (11), Edgar Corona (12), Catherine Zepka (13) ENTERED, cc:cl. (Healy, Bethaney) (Entered: 08/17/2006) |
| 08/25/2006 | 239 | Opposition by USA as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka re 231 MOTION to Continue *Sentencing Dates* (Welch, William) (Entered: 08/25/2006) |
| 09/13/2006 | 249 | NOTICE OF ATTORNEY APPEARANCE Todd E. Newhouse appearing for USA filed. (Finn, Mary) (Entered: 09/14/2006) |
| 09/19/2006 | | Motions terminated as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka: 231 MOTION to Continue filed by USA,. (Healy, Bethaney) (Entered: 09/19/2006) |
| 09/25/2006 | | Notice of correction to docket made by Court staff. as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka: Docket number 192 deleted from docket due to error of clerk; Word "endorsed" added to entry to indicate endorsed order (French, Elizabeth) (Entered: 09/25/2006) |
| 09/29/2006 | 278 | Dft's RESPONSE WITH OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Catherine Zepka (Lindsay, Maurice) (Entered: 09/29/2006) |
| 09/29/2006 | 279 | Dft's MOTION for Downward Departure as to Catherine Zepka. (Lindsay, Maurice) (Entered: 09/29/2006) |
| 10/11/2006 | 295 | Govt's MOTION for downward Departure as to Catherine Zepkaby USA |

| | | |
|---|---|---|
| | | filed.(Finn, Mary) Additional attachment(s) added on 10/11/2006 (Finn, Mary). (Entered: 10/11/2006) |
| 10/11/2006 | | ELECTRONIC NOTICE OF RESCHEDULING TIME CHANGE ONLY as to Catherine Zepka Sentencing RESET FROM 3:00 PM TO 2:30 P.M. ON 10/12/06in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 10/11/2006) |
| 10/12/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Sentencing held on 10/12/2006 for Catherine Zepka (13), Count(s) 1s of Information and Ct 52 of Superseding indictment; 1 day imprisonment, time served, to consist of terms of 1 day, time served, on each count to be served concurrently w/one another; 4 years supervised release to consist of a term of 4 yrs on Ct 52 and a term of 3 yrs on Ct 1s to be served concurrently; Spec. Cond: Poss. no firearm; cooperate in the collection of DNA as directed; Drug testing provision is suspended; Reside for a period of 6 mos in a community corrections center and shall observe the rules of that facility; following term in community confinement, serve 6 mos home detention w/electronic monitoring and pay daily rate for each day under elec. monitoring. Def. responsible for returning monitoring equipment in good condition and may be charged for replacement or repair of equipment; pay full balance of restitution w/i 90 days of the date of sentencing; prohibited from incurring new credit charges or opening aditional lines of credit w/o approval of probation while any financial obligation remains outstanding; Assessment fee $200 due immediately; Restitution in the amount of $33,858.00 shall be paid in full w/i ninety days of date of sentencing;. (Court Reporter James Gibbons.) (French, Elizabeth) (Entered: 10/17/2006) |
| 10/17/2006 | 302 | Judge Michael A Ponsor : ORDER entered. JUDGMENT as to Catherine Zepka (13), Count(s) 1s of Information and Ct. 52 of superseding indictment; 1 day imprisonment, time served, to consist of terms of 1 day, time served, on each count to be served concurrently w/one another; 4 years supervised release to consist of a term of 4 yrs on Ct 52 and a term of 3 yrs on Ct 1s to be served concurrently; Spec. Cond: Poss. no firearm; cooperate in the collection of DNA as directed; Drug testing provision is suspended; Reside for a period of 6 mos in a community corrections center and shall observe the rules of that facility; following term in community confinement, serve 6 mos home detention w/electronic monitoring and pay daily rate for each day under elec. monitoring. Def. responsible for returning monitoring equipment in good condition and may be charged for replacement or repair of equipment; pay full balance of restitution w/i 90 days of the date of sentencing; prohibited from incurring new credit charges or opening aditional lines of credit w/o approval of probation while any financial obligation remains outstanding; Assessment fee $200 due immediately; Restitution in the amount of $33,858.00 shall be paid in full w/i ninety days of date of sentencing; Cts 40,41,46,47,53,54,56,58,60,61,63-69 to be dismissed) (French, Elizabeth) (Entered: 10/17/2006) |
| 10/30/2006 | 312 | NOTICE OF ATTORNEY APPEARANCE Karen L. Goodwin |

| | | |
|---|---|---|
| | | appearing for USA. (Goodwin, Karen) (Entered: 10/30/2006) |
| 10/30/2006 | 316 | NOTICE OF APPEAL by USA as to Catherine Zepka Filing, fee not reqired: NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/20/2006. (Goodwin, Karen) (Entered: 10/30/2006) |