

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04cr30046-MAP

UNITED STATES OF AMERICA,

v.

CATHERINE ZEPKA,



## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'s - 104, 110, 108, 112, 113, 123, 126, 128, 129, 132, 135, 138, 139, 146, 147, 148, 150, 151, 195, 197, 201, 202, 203, 231, 234, 239, 249, 278, 279, 295, 302, 312, & 316.

and contained in   1   Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/30/06

In testimony whereof, I hereunto set my hand and affix the seal of this Court on . 11/02/06

Sarah A Thornton, Clerk of Court

By:  /s/ Mary Finn

Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/9/06 .

_George Krebs_
Deputy Clerk, US Court of Appeals

NOV - 6 2006

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   06-2557

O:\Clerks Office\Forms\Local\ClerksCertificate-COA.frm- 3/06