# MANDATE
# United States Court of Appeals
## For the First Circuit

04-30046
USDC/MASP
fonsor, M.

No. 06-2557

UNITED STATES

Appellant

v.

CATHERINE ZEPKA

Defendant - Appellee

**JUDGMENT**

Entered: March 26, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By: _____
Chief Deputy Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/26/07

[cc: Paul Hart Smyth, AUSA, Todd E. Newhouse, AUSA, Karen L. Goodwin, AUSA, William M. Welch, AUSA, Dina Michael Chaitowitz, AUSA, Gary A. Ensor, Esq., Catherine Zepka]